**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Enrique Montijo, | No. CV-13-01439-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Defendants. | |

The Court having reviewed Enrique Montijo's Motion for Substitution of Counsel, including his representation that substitution shall not delay the pretrial and trial proceedings as currently set, the Court finds good cause.

**Accordingly,**

**IT IS ORDERED** that Brian A. Laird, Laird Law PLLC, is substituted as counsel of record for plaintiff Enrique Montijo.

Dated this 16th day of December, 2019.

_____
Honorable David C. Bury
United States District Judge