MARK BRNOVICH
ATTORNEY GENERAL

CLAUDIA ACOSTA COLLINGS (021647)
PAUL E. CARTER (014140)
Assistant Attorneys General
416 W. Congress, 2nd Floor
Tucson, AZ  85701
(520) 638-2800 • Fax (520) 628-6050
claudia.collings@azag.gov
paul.carter@azag.gov

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Enrique Montijo, | No. CV 13-01439-TUC-DCB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Charles Ryan, et al., | |
| Defendants. | |

Plaintiff Montijo only and Defendants Bennett and Swaney give notice that the parties have reached a settlement and will not be included in the trial set to begin Monday, February 10, 2020.

RESPECTFULLY SUBMITTED this ___9th___ day of February, 2020.

MARK BRNOVICH
ATTORNEY GENERAL


 s/Paul E. Carter
CLAUDIA ACOSTA COLLINGS
PAUL E. CARTER
Assistant Attorneys General
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on the ___9th___ day of February, 2020, I electronically filed the foregoing Document with the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Brian A. Laird
Laird Law PLLC
3573 E. Sunrise Dr., Suite 215
Tucson, AZ 85718
office@blaird.com
Attorney for Plaintiff Montijo

Stephen M. Weeks
WEEKS LAW FIRM PLLC
P.O. Box 126
Marana, AZ 85653-0126
Attorney for Plaintiff Lopez

 _s/jmp_____